UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CHRISTOPHER JOSEPH, ANA DAURO,          CASE NO. 10-81206-CIV-MARRA
and those similarly situated,

       Plaintiffs,

v.

FAMILY PRESERVATION SERVICES
OF FLORIDA, INC.,

       Defendant.
_____/

## MEDIATION REPORT OF SETTLEMENT

The undersigned mediator in the above-styled case reports to the Court:

1.     A mediation conference was held on January 4, 2012.

2.     Plaintiffs, Christopher Joseph, Ana Dauro, and Robin Johnson were present and represented by John C. Davis and Sean Culliton, Esquire.  Counsel, John E. Duvall, Shane Muñoz, and Todd Aidman participated on behalf of defendant, Family Preservation Services of Florida, Inc., who also had representatives with settlement authority.

3.     The parties reached a resolution of all issues in dispute in this case.

Respectfully submitted this 12th day of January, 2012.

                                       s/**GARY J. ANTON**
                                       Gary J. Anton, Mediator
                                       LAW OFFICES OF GARY J. ANTON, P.A.
                                       Florida Mediator No. 20452R
                                       Florida Bar ID 327670
                                       211 E. Call Street
                                       Tallahassee, Florida 32301
                                       (850)222-1236
                                       (850)681-6362 FAX

Copies to:
Jeremiah J. Talbott, Esquire
Sean Culliton, Esquire
John C. Davis, Esquire
John E. Duvall, Esquire