UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-81206-CIV-MARRA/JOHNSON

CHRISTOPHER JOSEPH, ANA DAURO
and others similarly situated,

Plaintiffs,

vs.

FAMILY PRESERVATION SERVICES OF
FLORIDA, INC.,

Defendant.
_____/

**ORDER**

This cause is before the Court upon the parties' Joint Motion to File Confidential Settlement Agreement under Seal for Purposes of the Court's Approval of the FLSA Settlement (DE 147) and Joint Motion for Approval of Settlement (DE 148).  Both motions have been filed under seal.  The Court has carefully considered the motions and is otherwise fully advised in the premises.

The Joint Motion to File Confidential Settlement Agreement under Seal for Purposes of the Court's Approval of the FLSA Settlement (DE 147) is **DENIED**.  See Brown v. Advantage Eng'g Inc., 960 F.2d 1013, 1016 (11th Cir. 1992) ("Once a matter is brought before a court for resolution, it is no longer solely the parties' case, but also the public's case. Absent a showing of extraordinary circumstances . . . the court file must remain accessible to the public.").The settlement agreement may not be filed under seal.  The Clerk is directed to **unseal** docket entry 147.

With respect to the parties' Joint Motion for Approval of Settlement (DE 148), it is

stricken from the record, shall be returned to the parties and shall not be made public. The Court will consider whether the settlement agreement should be approved at the February 17, 2012 hearing.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 9th day of February, 2012.

_____
KENNETH A. MARRA
United States District Judge