UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-81206-CIV-MARRA/JOHNSON

CHRISTOPHER JOSEPH, ANA DAURO
and others similarly situated,

Plaintiffs,

vs.

FAMILY PRESERVATION SERVICES OF
FLORIDA, INC.,

Defendant.
_____/

## ORDER

This cause is before the Court upon the March 16, 2012 hearing for the purpose of approving the parties' settlement agreement. (DE 153.)

The Court held a hearing to scrutinize the settlement agreement entered into by the parties for fairness pursuant to Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350, 1353 (11th Cir. 1982). The Court has determined that the agreement is "a fair and reasonable resolution of a bona fide dispute over FLSA provisions." Id. at 1355.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1)      The above-styled action is hereby **DISMISSED WITH PREJUDICE**.[1]

---

[1] Opt-in Plaintiff Shirley Belcon shall receive $437.00, from the settlement proceeds.

2) All pending motions are denied as moot and the Clerk shall close this case.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 16th day of March, 2012.

_____
KENNETH A. MARRA
United States District Judge